**Warren H. PILLSBURY, Deputy Commissioner of the United States Employees' Compensation Commission for the 13th Compensation District, Appellant, v. The CHARLES NELSON COMPANY, a Corporation, and Fireman's Fund Insurance Company, a Corporation, Appellees (two cases).**

Nos. 6543, 6544.

Circuit Court of Appeals, Ninth Circuit.

Feb. 8, 1932.

George J. Hatfield, U. S. Atty., and Leo C. Dunnell, Asst. U. S. Atty., both of San Francisco, Cal., for appellants.

John H. Black and James M. Wallace, both of San Francisco, Cal., for appellees.

Before WILBUR and SAWTELLE, Circuit Judges, and McCORMICK, District Judge.

WILBUR, Circuit Judge.

On authority of Marshall v. Andrew F. Mahony Company (C. C. A.) 56 F.(2d) 74, and Pillsbury v. Pacific Steamship Company (C. C. A.) 56 F.(2d) 79, both filed February 1, 1932, the judgments, 48 F.(2d) 883, are affirmed.